IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SUSANNE-MARIE: MEYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-00202-CV-RK |
| | ) |
| LOUISA MERJANIAN, BARBARA ARDEN SCHROCK, NEIL SIMPSON, VICTOR KICKLOWITZ, PAUL-WESLEY FOSTER, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court are Plaintiff's motion to have a laptop in the federal court building (Doc. 9) and motion to extend the summons deadline (Doc. 10). Plaintiff offers no reason why she needs a laptop in the federal court building. As such, Plaintiff's motion (Doc. 9) is **DENIED**.

As to her request to extend the summons deadline, the Court liberally construes this as a request to extend the service deadline. The Court **GRANTS** this motion (Doc. 10). Plaintiff will have a two-week extension, until July 9, 2021, to properly serve Defendants. The Court will not grant further extensions without a showing of good cause. Failure to timely and properly serve Defendants will result in the dismissal of this action.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 21, 2021